*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided April 14, 2010

## STATE OF CONNECTICUT *v.* FRANCIS J. KURZATKOWSKI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 556 (AC 29610), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided April 14, 2010

## BRIAN MOORE *v.* COMMISSIONER OF CORRECTION

The petitioner Brian Moore's petition for certification for appeal from the Appellate Court, 119 Conn. App. 530 (AC 29694), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided April 14, 2010

## ZELIHA SELIMOGLU *v.* MALY PHIMVONGSA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 645 (AC 30607), is denied.